FILED

2005 OCT 26  PM 3: 19

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | I N F O R M A T I O N |
| Plaintiff, | : | **3 : 05 CR 795** |
| | | Cr. No. _____ |
| v. | : | Title 29, United States Code, |
| BARBARA TURNER, | : | Section 501(c) |
| Defendant. | : | **JUDGE DAVID A. KATZ** |

The United States Attorney charges that:

Between on or about July 1, 1997, and December 31, 2002, in the Northern District of Ohio, Western Division, the defendant **BARBARA TURNER**, while an employee of the Ohio and Vicinity Regional Council of Carpenters (OVRCC), a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $29,3070.00.

ORIGINAL

- 2 -

All in violation of Title 29, United States Code, Section 501(c).

GREGORY A. WHITE
UNITED STATES ATTORNEY